IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 95-cv-01846-RPM

JOHN G. WESTINE,

        Petitioner,

v.

FEDERAL BUREAU OF PRISONS,

        Respondent.
_____

ORDER STRIKING MOTION TO REOPEN
_____

On September 1, 2005, John G. Westine filed with the Clerk of this Court a paper designated Motion to reopen via Federal Rule Civil Procedure 60(b) designating that it should be filed in this and other civil actions.  This civil action and others were dismissed for failure to exhaust administrative remedies, which dismissal was affirmed by the Tenth Circuit Court of Appeals by an Order and Judgment entered December 16, 1996.  The recent filing has no legal significance and it is therefore

ORDERED that it is stricken from the record..

DATED:  October 26, 2005

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge